IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID, | No. C-12-3442 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION; DIRECTIONS TO CLERK** |
| v. | |
| TIMOTHY FRANZ GEITHNER, | |
| Defendant. | |

By order filed August 9, 2012, the Court directed plaintiff Michael David ("David") to show cause, in writing and no later than August 31, 2012, why the above-titled action should not be dismissed for failure to state a cognizable claim against defendant Timothy Franz Geithner, the Secretary of the Treasury.

On August 15, 2012, David filed a copy of the Court's August 9, 2012 order, on which copy David had written "Refused for Cause." David has not otherwise responded to the Court's August 9, 2012 order, and, in particular, has not shown cause why the above-titled action should not be dismissed.

Accordingly, for the reasons stated in the Court's order of August 9, 2012, the instant action is hereby DISMISSED without leave to amend.

The Clerk of the Court is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: September 5, 2012

MAXINE M. CHESNEY
United States District Judge