1
2                     IN THE UNITED STATES DISTRICT COURT
3
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5
MICHAEL DAVID,
6                                                    No. CV-12-3442 MMC
7          Plaintiff,
                                          **JUDGMENT IN A CIVIL CASE**
8    v.
9
TIMOTHY FRANZ GEITHNER,
10
           Defendant.
11  _____/
12
    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
have been tried and the jury has rendered its verdict.
14
    **(X) Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or heard and a decision has been rendered.
16
    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby
17
DISMISSED without leave to amend.
18
19
20  Dated: September 5, 2012                    Richard W. Wieking, Clerk

21                                              *Tracy Lucero*

22                                              By: Tracy Lucero
                                                Deputy Clerk
23
24
25
26
27
28