Michael David
1801 Edgewood Drive apt 203
Bridgeport, Texas [76426]

United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California. [94102-3489]

certified mail # 7010 2780 0003 3154 7013

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 12-cv-3442 MMC. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed certified mail as indicated back to the presenter within a few days of presentment.

Michael David

**Redeemed lawful money
pursuant to 12 USC 411**

Michigan Department of Treasury
PO Box 30774
Lansing, Michigan
[48909-8274]

certified mail # 7010 2780 0003 3154 7020

Michigan Department of Treasury
Dept 77437
PO Box 77000
Detroit, Michigan
[48277-2000]

certified mail # 7010 2780 0003 3154 7037

Michigan Department of Treasury     ** K06 **
169 (Rev. 5-10)

# Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| INDIVIDUAL | 517 636 4486 |
| Assessment Number | Date Issued |
| TP89099 | 11/14/12 |
| Social Security/Account Number | |
| Collection Division Telephone Number | |
| | 517-636-5265 |

*[handwritten across form: "Refusal for cause — No Contract"]*

## BILL SUMMARY

| Tax Due | $ | 6,264.00 |
|---|---|---|
| Penalty | $ | 1,566.00 |
| Interest | $ | 143.29 |
| Total Due * | $ | 7,973.29 |

## DETAIL OF LIABILITY

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX<br>   INCOME TAX<br>   INTEREST ONLY | 2011 | 6,264.00 | 0.00 | 143.29 |
| INCOME TAX<br>   25% PENALTY<br>   INTENTIONAL DISREGARD | 2011 | 0.00 | 1,566.00 | 0.00 |

### Reason for Tax Bill

OUR RECORDS INDICATE NO TAX RETURN(S) FILED FOR THE TAXABLE PERIOD(S) SHOWN ABOVE.  AS PROVIDED BY LAW, THE TAX DUE HAS BEEN COMPUTED FROM AVAILABLE INFORMATION.  FILE ACTUAL RETURNS TO ADJUST THIS COMPUTED LIABILITY.
25% PENALTY (MINIMUM $25) FOR INTENTIONAL DISREGARD IN FILING TAX.

---

168 (Rev. 4-10)       Detach and mail the payment voucher with your payment. Do not staple.

## Final Bill for Taxes Due

Payment due within 35 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. Mail payment and this voucher to:

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TP89099 | 11/14/12 |
| Taxpayer Name | |
| Social Security/Account Number | |
| Write Payment Amount Here | |

Notify the Collection Division in writing if your address above is incorrect

▼ DO NOT WRITE IN THIS SPACE ▼

000007973290  675890998  000000000009  136396179802  2

Michigan Department of Treasury
169 (Rev. 5-10)

** H02 **

# Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| INDIVIDUAL | 517 636 4486 |
| Assessment Number | Date Issued |
| TK20636 | 03/28/12 |

Social Security/Account Number

Collection Division Telephone Number

517-636-5265

*[handwritten: Refusal for cause — No contract]*

MI 48073

## BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 4,132.00 |
| Penalty | $ | 1,033.00 |
| Interest | $ | 329.50 |
| Total Due * | $ | 5,494.50 |

## DETAIL OF LIABILITY

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX<br>INCOME TAX<br>INTEREST ONLY | 2009 | 4,132.00 | 0.00 | 329.50 |
| INCOME TAX<br>25% PENALTY<br>INTENTIONAL DISREGARD | 2009 | 0.00 | 1,033.00 | 0.00 |

## Reason for Tax Bill

NO MI-1040 RETURN WAS FILED FOR THE ABOVE YEAR. TAX DUE COMPUTED BASED ON IRS AUDIT INFORMATION, PROVIDED BY IRS UNDER AUTHORITY OF IRC.6103(D). FILE A RETURN TO ADJUST THIS BILL OR SUBMIT PROOF THAT NO RETURN WAS REQUIRED. 25% PENALTY (MINIMUM $25) FOR INTENTIONAL DISREGARD IN FILING TAX.

---

168 (Rev. 4-10)

*Detach and mail the payment voucher with your payment. Do not staple.*

# Final Bill for Taxes Due

Payment due within 35 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. Mail payment and this voucher to:

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TK20636 | 03/28/12 |

Taxpayer Name

Social Security/Account Number

Write Payment Amount Here ☞

Notify the Collection Division in writing if your address above is incorrect

▼ DO NOT WRITE IN THIS SPACE ▼

00000549450⁴ 670206361 000000000009 136396179802 7

Michigan Department of Treasury
169 (Rev 5-10)

** I02 **

# Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| INDIVIDUAL | 517 636 4486 |
| Assessment Number | Date Issued |
| TK20637 | 03/28/12 |
| Social Security/Account Number | |
| Collection Division Telephone Number | |
| | 517-636-5265 |

*[Handwritten across form: "Refusal fo cause No contract"]*

MI

### BILL SUMMARY

| | | |
|---|---|---|
| Tax Due | $ | 4,828.00 |
| Penalty | $ | 1,207.00 |
| Interest | $ | 178.12 |
| Total Due * | $ | 6,213.12 |

## DETAIL OF LIABILITY

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX<br>  INCOME TAX<br>  INTEREST ONLY | 2010 | 4,828.00 | 0.00 | 178.12 |
| INCOME TAX<br>  25% PENALTY<br>  INTENTIONAL DISREGARD | 2010 | 0.00 | 1,207.00 | 0.00 |

### Reason for Tax Bill

NO MI-1040 RETURN WAS FILED FOR THE ABOVE YEAR. TAX DUE COMPUTED BASED ON IRS AUDIT INFORMATION, PROVIDED BY IRS UNDER AUTHORITY OF IRC.6103(D). FILE A RETURN TO ADJUST THIS BILL OR SUBMIT PROOF THAT NO RETURN WAS REQUIRED. 25% PENALTY (MINIMUM $25) FOR INTENTIONAL DISREGARD IN FILING TAX.

---

168 (Rev. 4-10)

Detach and mail the payment voucher with your payment. Do not staple.

# Final Bill for Taxes Due

Payment due within 35 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. Mail payment and this voucher to:

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TK20637 | 03/28/12 |
| Taxpayer Name | |
| Social Security/Account Number | |
| Write Payment Amount Here ☞ | |

Notify the Collection Division in writing if your address above is incorrect

▼ DO NOT WRITE IN THIS SPACE ▼

00000621312B 670206370 000000000009 136396179802 6

SHARIC 97489

Michigan Department of Treasury
169 (Rev. 5-10)

** G02 **

DIT

## Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| IIT PROJECTS | 517 636 4120 |
| Assessment Number | Date Issued |
| TK90334 | 04/26/12 |
| Social Security/Account Number | |
| Collection Division Telephone Number | 517-636-5265 |

### BILL SUMMARY

| Tax Due | $ | 4,133.00 |
|---|---|---|
| Penalty | $ | 413.30 |
| Interest | $ | 344.45 |
| Total Due * | $ | 4,890.75 |

*(handwritten annotations: "_ AVE SW", "Refusal for cause", "No contract")*

### DETAIL OF LIABILITY

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX | 2009 | 4,133.00 | | |
| INTEREST ONLY | | | 0.00 | 344.45 |
| NEGLIGENCE | | | 413.30 | 0.00 |

### Reason for Tax Bill

ADJUSTED GROSS INCOME REPORTED ON YOUR MICHIGAN RETURN CHANGED TO AGREE WITH YOUR FEDERAL ADJUSTED GROSS INCOME BASED ON INFORMATION SUBMITTED. PENALTY AND/OR INTEREST DUE FOR LATE FILING OF RETURN AND/OR LATE PAYMENT OF TAX DUE. FOR ADDITIONAL INFORMATION VISIT WWW.MICHIGAN.GOV/TREASURY.

---

169 (Rev. 4-10)

Detach and mail the payment voucher with your payment. Do not staple.

## Final Bill for Taxes Due

Payment due within 35 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment No. on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. Mail payment and this voucher to:

*489097699002*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TK90334 | 04/26/12 |
| Taxpayer Name | |
| Social Security/Account Number | |
| Write Payment Amount Here | |

Notify the Collection Division in writing if your address above is incorrect.

▼ DO NOT WRITE IN THIS SPACE ▼

000004890756 670903349 000000000009 136396179802 3

Michigan Department of Treasury
169 (Rev 5-10)

\*\* H13 \*\*

# Final Bill for Taxes Due

(Final Assessment)

Issued under P.A. 122 of 1941, as amended.

\* For monthly PENALTY/INTEREST provisions, correspondence, and appeal information, see page 2.

| Tax Division | Tax Division Telephone Number |
|---|---|
| INDIVIDUAL | 517 636 4486 |
| Assessment Number | Date Issued |
| TK20635 | 03/28/12 |
| Social Security/Account Number | |
| Collection Division Telephone Number | 517-636-5265 |

*Handwritten across form: "Refusal for Cause", "No Contract"*

### BILL SUMMARY

| Tax Due | $ | 1,225.00 |
|---|---|---|
| Penalty | $ | 306.25 |
| Interest | $ | 157.00 |
| Total Due * | $ | 1,688.25 |

## DETAIL OF LIABILITY

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX<br>  INCOME TAX<br>  INTEREST ONLY | 2008 | 1,225.00 | 0.00 | 157.00 |
| INCOME TAX<br>  25% PENALTY<br>  INTENTIONAL DISREGARD | 2008 | 0.00 | 306.25 | 0.00 |

### Reason for Tax Bill

NO MI-1040 RETURN WAS FILED FOR THE ABOVE YEAR. TAX DUE COMPUTED BASED ON IRS AUDIT INFORMATION, PROVIDED BY IRS UNDER AUTHORITY OF IRC.6103(D). FILE A RETURN TO ADJUST THIS BILL OR SUBMIT PROOF THAT NO RETURN WAS REQUIRED. 25% PENALTY (MINIMUM $25) FOR INTENTIONAL DISREGARD IN FILING TAX.

---

166 (Rev. 4-10)    Detach and mail the payment voucher with your payment. Do not staple.

## Final Bill for Taxes Due

Payment due within 35 days (see penalty and interest provisions on page 2). Make your check payable to "State of Michigan-CD." Write your Social Security/Account No. and Assessment Number on all checks and correspondence. Allow up to 14 days for mailing and processing. A return envelope is enclosed for your convenience. **Mail payment and this voucher to:**

\*489097699002\*

COLLECTION DIVISION
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30199
LANSING MI 48909-7699

| Assessment Number | Date Issued |
|---|---|
| TK20635 | 03/28/12 |
| Taxpayer Name | |
| Social Security/Account Number | |
| Write Payment Amount Here | |

Notify the Collection Division in writing if your address above is incorrect

▼ DO NOT WRITE IN THIS SPACE ▼

000001688257 670206352 000000000009 136396179802 7

Page 2
March 8, 2013

Michigan Accounts Receivable Collection System (MARCS) is operated on behalf of the State of Michigan Treasury Department. The account representatives at MARCS assist in the collection of outstanding liabilities due to the State of Michigan. They are able to review each account and determine the best possible solution to take care of the outstanding debt. All payments are made payable to the State of Michigan. And all correspondence is sent to the Michigan Department of Treasury for final analysis of any payment arrangements or decisions regarding the outstanding liability.

The State of Michigan and/or MARCS does not report any information to the credit reporting agencies. If a lien is filed with the county, it is considered a matter of public record. The credit reporting agencies continuously check all public records filed with each county.

Your appeal rights on Assessment Nos. TK20635, TK20636, TK20637, TK90334, TP89099 have expired. The assessments are final as provided by MCL 205.21 and MCL 205.22.

Enclosed are copies of the Final Bill For Taxes Due that were originally sent to you regarding the above referenced assessments, per your request.

The current collectable balance due on this account is $26,939.54 ($20,582.00 tax, $4,525.55 penalty, and $1,831.99 interest). The amount does not include any penalty or interest applied after February 22, 2013. The account balance does not include any unassessed liabilities not yet referred for collections as of February 22, 2013.

Please contact the Michigan Accounts Receivable Collection System (MARCS) at 1-866-754-8651 to arrange for payment of this liability within 10 days. Failure to do so will result in enforcement action as specified in the Final Demand Notice dated January 9, 2013.

Sincerely,

Wilfred Smalls, Assistant Administrator
Office of Collection

Enclosures ✓

cc: MARCS

[Handwritten across page: "Refusal for Cause N.2"]

3961 (Rev. 01-11)



**STATE OF MICHIGAN**
**DEPARTMENT OF TREASURY**
LANSING

RICK SNYDER
GOVERNOR

ANDY DILLON
STATE TREASURER

March 8, 2013



Dear Mr.

Re: Account No. SXXX-X

Thank you for your letters received February 4, 2013, February 21, 2013 regarding Assessment Nos. TK20635, TK20636, TK20637, TK90314, TP89099.

The Fair Debt Collection Practices Act (FDCPA) governs consumer credit debt. The debt that you owe to the State of Michigan is for delinquent taxes. The assessment and collection of delinquent taxes is governed by the Revenue Act (Act 122 of 1941 as amended). This statute provides the authority to levy financial institutions and file a lien on real and personal property to collect delinquent amounts.

Please be informed that the Department of Treasury is governed by MCL 206.1 et seq. (Income Tax Act) and MCL 205.1 et seq. (Revenue Act). Listed below are several sections of the Michigan Compiled Laws that indicate you are required to file a Michigan income tax return and pay any Michigan income tax liability. These sections are as follows:

| | |
|---|---|
| 206.16 | Person defined |
| 206.26 | Taxpayer defined |
| 206.30 | Michigan taxable income defined |
| 206.51 | Imposition of income tax on taxpayers subject to the taxes imposed by the act |
| 206.110 | Source of taxable income defined |
| 206.311 | Requirements for filing a Michigan return and remitting tax due |
| 206.315 | Filing requirements and due date of return |

The assessment and collection of delinquent taxes is governed by the Revenue Act (Act 122 of 1941 as amended). The Office of Collection is responsible for the collection of all delinquent state tax accounts for the State of Michigan. The Revenue Act provides the authority to issue an assessment, levy financial institutions, and file a lien on real and personal property to collect delinquent taxes. Listed below are some sections of the Revenue Act that explain the assessment and collection process:

| | |
|---|---|
| 205.21 | Failure or refusal to file a return or pay a tax administered under the act |
| 205.23 | Determination of tax liability; notification of determination; payment of deficiency and interest and penalties |
| 205.24 | Failure or refusal to file a return or pay a tax administered under the act |
| 205.25 | Demand for payment and levy on all property and rights to property belonging to the taxpayer |

CRESS MICHAEL  
LIABILITY INFORMATION - PAGE 1

Date: March 13, 2013  
Account No:

| PERIOD END REFERRAL DATE | ASSESSMENT NUMBER | TYPE OF DEBT | ASSESSED BALANCE | PRIMARY ACCOUNT NUM |
|---|---|---|---|---|
| Balance Due Now (MAY BE SUBJECT TO ENFORCEMENT ACTION) | | | | |
| 12/08 | TK20635 | Income Tax | $1,433.95 | |
| 12/08 | TK20635 | Income Tax | $306.25 | |
| 12/09 | TK20636 | Income Tax | $4,636.66 | |
| 12/09 | TK90334 | Income Tax | $5,051.14 | |
| 12/09 | TK20636 | Income Tax | $1,033.00 | |
| 12/10 | TK20637 | Income Tax | $5,210.85 | |
| 12/10 | TK20637 | Income Tax | $1,207.00 | |
| 12/11 | TP89099 | Income Tax | $6,494.69 | |
| 12/11 | TP89099 | Income Tax | $1,566.00 | |
| Sub-Total | | | $26,939.54 | |
| Balance Within Appeals Period (NOT CURRENTLY SUBJECT TO ENFORCEMENT ACTION) | | | | |
| | | | | |
| | | | $0.00 | |
| Total | | | $26,939.54 | |

*This statement does not include any debt not subject to collection as of the date of this letter

---

Detach and mail the Payment Voucher with your payment

Michigan Department of Treasury  
3480 (Rev. 7-06)

**Installment Agreement Payment Voucher**

Make your check payable to "State of Michigan-CD." Write your Account No./Social Security No. and Assessment No. on all checks and Correspondence. Allow up to 14 days for processing. A return envelope is Enclosed for your convenience. **Mail payment and this voucher to:**

Michigan Department of Treasury  
Dept. 77437  
P O BOX 77000  
Detroit, Michigan 48277-0437

| Account Number | Date Issued |
|---|---|
| | March 13, 2013 |
| Total Amount Due $26,939.54 | Enter Social Security Number |
| Write Payment Amount Here  ☞  $ | |

Notify the Collection Division in writing if your address is incorrect.

▼ **DO NOT WRITE IN THIS SPACE** ▼

000026939543  999988883  000000000009  136396179802  8

# MICHIGAN
## ACCOUNTS RECEIVABLE COLLECTION SYSTEM
POST OFFICE BOX 30158
LANSING, MICHIGAN 48909



Date: March 13, 2013
**Account No:** 
Contact Telephone No:
1-866-754-8651

| | |
|---|---|
| **Balance Due Immediately** | $26,939.54 |
| Total Account Balance | $26,939.54 |

### Final Demand for Payment

Our records indicate that you have an outstanding liability with the State of Michigan. Your account has been placed with Michigan Accounts Receivable Collection System (MARCS), operated by GC Services, LP, and your account is currently subject to enforcement action.

Failure to pay this liability is a very serious matter. Please see the attachment, which shows the detail of your account, to understand your liability. The attachment may include debts not currently subject to enforcement action. If you are remitting the total account balance, please contact our office to confirm the amount owed, as penalty and interest updates may affect the amount due.

To avoid enforcement action against you, your check or money order must be made payable to "State of Michigan-CD". Indicate your account number on your check or money order, and submit it with the payment coupon on the assessment detail, using the enclosed envelope. You may also call the numbers above and pay via Electronic Fund Transfer at no additional cost.

If you fail to make payment of the "Balance Due Immediately" within 10 days of the date of this final demand, MARCS will recommend the State take enforcement actions such as:
  - **Filing of liens (a Public Notice) against real and personal property;**
and/or
  - **Levying/garnishing your wages, bank accounts, commissions, or other financial assets**

Any money payable to you from the State of Michigan will be applied directly to your debt. Expenses incurred by the State in collecting this liability will be charged to you. If this liability has been paid within the last 30 days, please disregard this letter.

If you have any questions regarding your account, please contact the collection office at the telephone numbers listed at the top of this notice.

Sincerely,

*Sheila Fews*
Sheila Fews
Project Manager
M4056          LT-11 09
Letter G-1011 (MARCS)

Enclosures:
  Attachment
  Envelope

PO BOX 30158
LANSING, MI 48909
www.michigan.gov/treasury

(Handwritten across document: "Refusal For Cause No Contract")



P.O. Box 7684 • San Francisco, CA 94120-7684
415-345-2380 • 800-982-9005

03/13/2013



#490 ED021505

Plate:

Thank you for contacting LDC Collection Systems.

We received your inquiry regarding the parking citation(s) listed below. After a review of our records and the documentation you have submitted, there is not sufficient justification to close the citation(s). Therefore, the citation(s) is/are to remain valid and you remain responsible for the balance due.

To close these citation(s) you need to pay the amount(s) due listed below. Please send a check or money order for the amount due, payable to **CITY OF SAN FRANCISCO COLLECTIONS**. Include a copy of this letter and write the citation number(s) or plate number on your check or money order. **DO NOT SEND CASH**. Mail your payment to:

LDC Collection Systems
P.O. Box 7684
San Francisco, CA 94120-7684

Sincerely,

LDC Collection Systems

Citation Number(s):        812309525
Citation Amount(s) Due:    $155.00

40

