IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY FRANZ GEITHNER,<br><br>　　　　Defendant. / | No. C-12-3442 MMC<br><br>**DIRECTIONS TO CLERK** |

By order filed September 5, 2012, the Court dismissed the above-titled action without leave to amend. Thereafter, also on September 5, 2012, the Clerk of Court entered judgment on the Court's order of dismissal.

On May 20, 2013, the Clerk of Court received from plaintiff a copy of a "Notice of Tax Lien" issued by a Michigan state agency, and on which plaintiff has apparently written "Refusal for Cause," along with plaintiff's request that said document be filed in the above-titled action. Plaintiff asserts in his request that said document constitutes "evidence."

The above-titled action has been closed in light of the judgment. Accordingly, the Clerk of Court is hereby DIRECTED not to file plaintiffs' submission of May 20, 2013, and to return said documents to plaintiff.

**IT IS SO ORDERED.**

Dated: May 22, 2013

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge