**FILED**

**Michael David**
**2885 Sanford Avenue Southwest**
**Grandville, Michigan**
[49418]

JUN 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California.
[94102-3489]

Certified mail # 7010 2780 0003 3154 7068

Dear clerk;

    Please file this copy of refusal for cause of a document originating within the courthouse, titled "DIRECTIONS TO CLERK", in the case jacket of Article III case 12-3442 MMC. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. Please give the original refusal for cause, in red ink, back to the presenter.

**Certificate of Mailing**

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court as well as the original presentments, refused for cause, in red ink, certified mail as indicated back to the presenter within a few days of presentment.

_Michael David_

Michael David

Redeemed lawful money
pursuant to 12 USC 411

FILED

MAY 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#22

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

  Plaintiff,

v.

TIMOTHY FRANZ GEITHNER,

  Defendant.

No. C-12-3442 MMC

**DIRECTIONS TO CLERK**

  By order filed September 5, 2012, the Court dismissed the above-titled action without leave to amend. Thereafter, also on September 5, 2012, the Clerk of Court entered judgment on the Court's order of dismissal.

  On May 20, 2013, the Clerk of Court received from plaintiff a copy of a "Notice of Tax Lien" issued by a Michigan state agency, and on which plaintiff has apparently written "Refusal for Cause," along with plaintiff's request that said document be filed in the above-titled action. Plaintiff asserts in his request that said document constitutes "evidence."

  The above-titled action has been closed in light of the judgment. Accordingly, the Clerk of Court is hereby DIRECTED not to file plaintiffs' submission of May 20, 2013, and to return said documents to plaintiff.

  **IT IS SO ORDERED.**

Dated: May 22, 2013

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

    Plaintiff,

v.

TIMOTHY F. GEITHNER et al,

    Defendant.

Case Number: CV12-03442 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael David
11 Argent Alley, Unit 2
San Francisco, CA 94131

Dated: May 22, 2013

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk

*[Handwritten annotation across document: "Refusal for cause"]*

**FILED**

MAY 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#22

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

Plaintiff,

v.

TIMOTHY FRANZ GEITHNER,

Defendant.

No. C-12-3442 MMC

**DIRECTIONS TO CLERK**

By order filed September 5, 2012, the Court dismissed the above-titled action without leave to amend. Thereafter, also on September 5, 2012, the Clerk of Court entered judgment on the Court's order of dismissal.

On May 20, 2013, the Clerk of Court received from plaintiff a copy of a "Notice of Tax Lien" issued by a Michigan state agency, and on which plaintiff has apparently written "Refusal for Cause," along with plaintiff's request that said document be filed in the above-titled action. Plaintiff asserts in his request that said document constitutes "evidence."

The above-titled action has been closed in light of the judgment. Accordingly, the Clerk of Court is hereby DIRECTED not to file plaintiffs' submission of May 20, 2013, and to return said documents to plaintiff.

**IT IS SO ORDERED.**

Dated: May 22, 2013

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

    Plaintiff,

v.

TIMOTHY F. GEITHNER et al,

    Defendant.

Case Number: CV12-03442 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael David
11 Argent Alley, Unit 2
San Francisco, CA 94131

Dated: May 22, 2013

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk

*[Handwritten annotation across page: "Refusal for cause"]*