IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

    Plaintiff,

    v.

TIMOTHY FRANZ GEITHNER,

    Defendant.

No. C-12-3442 MMC

**ORDER RE: PLAINTIFF'S LETTER AND ATTACHED DOCUMENTS; DIRECTIONS TO CLERK; NOTICE TO PLAINTIFF**

By order filed September 5, 2012, the Court dismissed the above-titled action without leave to amend. Thereafter, also on September 5, 2012, the Clerk of Court entered judgment on the Court's order of dismissal.

On December 9, 2013, the Clerk of Court filed a letter from plaintiff along with the two documents attached thereto, which documents plaintiff characterizes as "evidence," specifically: (1) a two-page document issued by the Michigan Department of Treasury and titled "Final Demand for Payment"; and (2) a three-page document issued by the Internal Revenue Service and titled "Notice of Intent to Levy."[1]

The above-titled action has been closed for well over a year, in light of the judgment. Accordingly, plaintiff's above-referenced submission is hereby STRICKEN from the record,

---

[1] Each page of said documents bears the handwritten notation "Refusal for Cause," which, the Court assumes, was added by plaintiff.

and the Clerk of Court is hereby DIRECTED to return said documents to plaintiff.

Further, the Court notes that plaintiff has previously filed and/or attempted to file with the Clerk of Court similar correspondence from state and federal tax agencies. Plaintiff is hereby ADVISED that the Court will not accept for filing in the instant action any further copies of correspondence from tax agencies, and that any such correspondence will be returned to plaintiff in accordance with the instant order.

**IT IS SO ORDERED.**

Dated: December 23, 2013

MAXINE M. CHESNEY
United States District Judge