**FILED**

JAN 09 2014

**Michael David**
**2885 Sanford Avenue Southwest**
**Unit 14597**
**Grandville, Michigan**
**[49418]**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California.
[94102-3489]

Certified mail # 7012 3050 0001 8661 2110

Dear clerk;

Please file this copy of refusal for cause of a document originating within the courthouse, titled "ORDER RE:"; "DIRECTIONS TO CLERK",etc. in the case jacket of Article III case 12-3442 MMC. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. Please give the original refusal for cause, in red ink, back to the presenter. I have included evidence of our binding lawful contract pertaining to the *still-open* Article III evidence repository CV12-3442 MMC. I appreciate, and am reliant upon, your prompt and lawful assistance with this matter.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court as well as the original presentments, refused for cause, in red ink, certified mail as indicated back to the presenter within a few days of presentment.

Michael David

Redeemed lawful money
pursuant to 12 USC 411

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL DAVID,                              No. C-12-3442 MMC

12              Plaintiff,                      **ORDER RE: PLAINTIFF'S LETTER AND**
                                                **ATTACHED DOCUMENTS; DIRECTIONS**
13  v.                                          **TO CLERK; NOTICE TO PLAINTIFF**

14  TIMOTHY FRANZ GEITHNER,

15              Defendant.
                                        /

16

17        By order filed September 5, 2012, the Court dismissed the above-titled action

18  without leave to amend.  Thereafter, also on September 5, 2012, the Clerk of Court

19  entered judgment on the Court's order of dismissal.

20        On December 9, 2013, the Clerk of Court filed a letter from plaintiff along with the

21  two documents attached thereto, which documents plaintiff characterizes as "evidence,"

22  specifically:  (1) a two-page document issued by the Michigan Department of Treasury and

23  titled "Final Demand for Payment"; and (2) a three-page document issued by the Internal

24  Revenue Service and titled "Notice of Intent to Levy."[1]

25        The above-titled action has been closed for well over a year, in light of the judgment.

26  Accordingly, plaintiff's above-referenced submission is hereby STRICKEN from the record,

27

28        [1]Each page of said documents bears the handwritten notation "Refusal for Cause,"
    which, the Court assumes, was added by plaintiff.

*United States District Court*
*For the Northern District of California*

1   and the Clerk of Court is hereby DIRECTED to return said documents to plaintiff.

2       Further, the Court notes that plaintiff has previously filed and/or attempted to file

3   with the Clerk of Court similar correspondence from state and federal tax agencies.

4   Plaintiff is hereby ADVISED that the Court will not accept for filing in the instant action any

5   further copies of correspondence from tax agencies, and that any such correspondence

6   will be returned to plaintiff in accordance with the instant order.

7       **IT IS SO ORDERED.**

8

9   Dated:  December 23, 2013

   MAXINE M. CHESNEY
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID,

        Plaintiff,

    v.

TIMOTHY FRANZ GEITHNER,

        Defendant.

No. C-12-3442 MMC

**ORDER RE: PLAINTIFF'S LETTER AND ATTACHED DOCUMENTS; DIRECTIONS TO CLERK; NOTICE TO PLAINTIFF**

By order filed September 5, 2012, the Court dismissed the above-titled action without leave to amend.  Thereafter, also on September 5, 2012, the Clerk of Court entered judgment on the Court's order of dismissal.

On December 9, 2013, the Clerk of Court filed a letter from plaintiff along with the two documents attached thereto, which documents plaintiff characterizes as "evidence," specifically:  (1) a two-page document issued by the Michigan Department of Treasury and titled "Final Demand for Payment"; and (2) a three-page document issued by the Internal Revenue Service and titled "Notice of Intent to Levy."[1]

The above-titled action has been closed for well over a year, in light of the judgment.  Accordingly, plaintiff's above-referenced submission is hereby STRICKEN from the record,

---

[1] Each page of said documents bears the handwritten notation "Refusal for Cause," which, the Court assumes, was added by plaintiff.

1 and the Clerk of Court is hereby DIRECTED to return said documents to plaintiff.

2      Further, the Court notes that plaintiff has previously filed and/or attempted to file

3 with the Clerk of Court similar correspondence from state and federal tax agencies.

4 Plaintiff is hereby ADVISED that the Court will not accept for filing in the instant action any

5 further copies of correspondence from tax agencies, and that any such correspondence

6 will be returned to plaintiff in accordance with the instant order.

7      **IT IS SO ORDERED.**

8

9 Dated:  December 23, 2013

                              MAXINE M. CHESNEY

10                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

```
Store Name: U.S. District Court  4503
Division 2
Register Number: 345.1373374
Cashier ID: suminka
Transaction Date: 07/05/2012
Customer Name: Michael Davis

Qty: 01.767 ea.
Item: Michael Davis
Case/Party Proc: 3-12-cv-03442 x-1
Payment          $350.00

Over
Cash Tendered    $109.33

Total Due        $350.00
Total Tendered   $350.00
Change Due       $0.00

acj

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

plaintiff
copy

## In the United States District Court
## for the Northern District of California

Michael David

v.

Timothy Franz GEITHNER

ORIGINAL
FILED

JUL . 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

} 
}
}
}
} **C V** Libel of Review **12 8 4 4 2**
}
} - common law counterclaim in admiralty -
}     - notice lis pendens and -
}     - verified statement of right-**EDL**
}
} Re: God-given unalienable rights in the
} original estate - Article III; Constitution
}

**Comes now** Michael David of the Cress family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Timothy Franz GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Michael D. CRESS, MICHAEL DAVID CRESS, Timothy Franz GEITHNER, Henry Paulson, John Snow etc.)

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982*; Article III, §2, Cl. 1 *Diversity of Citizenship,* U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

Timothy Franz GEITHNER, acting as "City METRO officer – US Governor for the United Nations International Monetary Fund Internal Revenue Service" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the Northern District of California has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Michael David fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

Fraud vitiates all contracts. If Michael David had known about remedy, to demand redeeming lawful money with his paychecks from the beginning he would have been doing so from his first paycheck ever! Instead he has been making attempts to discover remedy inherently and intuitively there

for several years now, making his demand without authoritative citation. The IRS agents now presume Michael David is filing "frivolous" tax returns with the correct amount of refund due on the returns. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Michael David is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentment utilized for the claim was regular enough but Michael David wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Timothy Franz GEITHNER in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

## Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Timothy Franz GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Michael David" or any pseudonym through which Michael David may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado now replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Timothy Franz GEITHNER and anyone else for that matter can easily research case history against Michael David or any legal name. Timothy Franz GEITHNER may call (415) 522-2000 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Timothy Franz GEITHNER is moving on a valid claim and judgment in the district court then Timothy Franz GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Timothy Franz GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Michael David according to the notice on the face of the summons.

## Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Michael David's wife, Amanda Chisholm may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Michael David**
**1070 Carolina Street**
**San Francisco, California.**
**[94107]**

United States District Court                                    Registered mail # RA XXX XXX XXX US
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California.
            [94102-3489]

Dear clerk;

    Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____*example*_____
Michael David

Presenter's name                                    Registered mail # RA XXX XXX XXX US
Address
Anywhere, State.
            [presenter's code]

June 21, 2012

Bank of America offers no withdrawal slips or any other method to document a proper withdrawal which would include any special requirements nor would they provide a paper document of the transaction. Thus, I use this document in its stead.

Withdrawn this day, June 21, 2012 $350 in lawful money pursuant to 12 USC 411 upon request.

$100    serial # HB22802094G

$100    serial # BI19709057A

$100    serial # CB73451822F

$50    serial # IL74104674A

Michael David

dba Michael D. Cress

Claudia Michelle Rivera
NOTARY PUBLIC

---

Bank of America

Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time. Save energy. Fast, reliable deposits, withdrawals and account management at more than 18,000 convenient ATM locations.

Tran 00053        06/21/2012 11:44
Entity NCA   CC 0002331  Tlr 00003
Acct Type CHK        ********9515
Available Balance

Member FDIC
95-14-2005B  05-2009

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of ___San Francisco___ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

___21st___ day of ___June___ , ___2012___ , by
Date                          Month              Year

(1)___Michael David___,
Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (☆) (,)
(and

(2)_____,
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

_____
Signature of Notary Public

CLAUDIA MICHELLE RIVERA
Commission # 1805665
Notary Public - California
San Francisco County
My Comm. Expires Jul 2, 2012

Place Notary Seal Above

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: ___Letter to Bank of America___

Document Date: ___June 21, 2012___   Number of Pages: ___1___

Signer(s) Other Than Named Above: ___none___

RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827